PRISONER'S CIVIL RIGHTS COMPLAINT (Rev. 05/2015)

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS

__Anthony Timunocre__
Plaintiff's Name and ID Number

__Tarrant County Greenbay Jail__
Place of Confinement

CASE NO. __4-20CV-12130__
(Clerk will assign the number)

v.

__Tarrant County 372nd District Court__
Defendant's Name and Address

__Tarrant County Sheriff Department__
Defendant's Name and Address

__Tarrant County Greenbay Jail__
Defendant's Name and Address
( DO NOT USE "ET AL.")

---

## INSTRUCTIONS - READ CAREFULLY

**NOTICE:**

**Your complaint is subject to dismissal unless it conforms to these instructions and this form.**

1. To start an action you must file an original and one copy of your complaint with the court. You should keep a copy of the complaint for your own records.

2. Your complaint must be legibly handwritten, in ink, or typewritten. You, the plaintiff, must sign and declare under penalty of perjury that the facts are correct. If you need additional space, **DO NOT USE THE REVERSE SIDE OR BACK SIDE OF ANY PAGE.** ATTACH AN ADDITIONAL BLANK PAGE AND WRITE ON IT.

3. You must file a separate complaint for each claim you have unless the various claims are all related to the same incident or issue or are all against the same defendant, Rule 18, Federal Rules of Civil Procedure. Make a short and plain statement of your claim, Rule 8, Federal Rules of Civil Procedure.

4. When these forms are completed, mail the original and one copy to the clerk of the United States district court for the appropriate district of Texas in the division where one or more named defendants are located, or where the incident giving rise to your claim for relief occurred. If you are confined in the Texas Department of Criminal Justice, Correctional Institutions Division (TDCJ-CID), the list labeled as "VENUE LIST" is posted in your unit law library. It is a list of the Texas prison units indicating the appropriate district court, the division and an address list of the divisional clerks.

1

**FILING FEE AND *IN FORMA PAUPERIS* (IFP)**

1. In order for your complaint to be filed, it must be accompanied by the statutory filing fee of $350.00 plus an administrative fee of $50.00 for a total fee of **$400.00**.

2. If you do not have the necessary funds to pay the fee in full at this time, you may request permission to proceed *in forma pauperis*. In this event you must complete the application to proceed *in forma pauperis*, setting forth information to establish your inability to prepay the fees and costs or give security therefor. You must also include a current six-month history of your inmate trust account. If you are an inmate in TDCJ-CID, you can acquire the application to proceed *in forma pauperis* and the certificate of inmate trust account, also known as *in forma pauperis* data sheet, from the law library at your prison unit.

3. The Prison Litigation Reform Act of 1995 (PLRA) provides "... if a prisoner brings a civil action or files an appeal *in forma pauperis*, the prisoner shall be required to pay the full amount of a filing fee." *See* 28 U.S.C. § 1915. Thus, the court is required to assess and, when funds exist, collect, the entire filing fee or an initial partial filing fee and monthly installments until the entire amount of the filing fee has been paid by the prisoner. If you submit the application to proceed *in forma pauperis*, the court will apply 28 U.S.C. § 1915 and, if appropriate, assess and collect the entire filing fee or an initial partial filing fee, then monthly installments from your inmate trust account, until the entire $350.00 statutory filing fee has been paid. (The $50.00 administrative fee does not apply to cases proceeding *in forma pauperis*.)

4. If you intend to seek *in forma pauperis* status, do not send your complaint without an application to proceed *in forma pauperis* and the certificate of inmate trust account. Complete all essential paperwork before submitting it to the court.

**CHANGE OF ADDRESS**

It is your responsibility to inform the court of any change of address and its effective date. Such notice should be marked **"NOTICE TO THE COURT OF CHANGE OF ADDRESS"** and shall not include any motion for any other relief. Failure to file a NOTICE TO THE COURT OF CHANGE OF ADDRESS may result in the dismissal of your complaint pursuant to Rule 41(b), Federal Rules of Civil Procedure.

I. PREVIOUS LAWSUITS:

    A. Have you filed *any* other lawsuit in state or federal court relating to your imprisonment? ___ YES ✓ NO

    B. If your answer to "A" is "yes," describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, giving the same information.)

        1. Approximate date of filing lawsuit: _____

        2. Parties to previous lawsuit:

          Plaintiff(s) _____

          Defendant(s) _____

        3. Court: (If federal, name the district; if state, name the county.) _____

        4. Cause number: _____

        5. Name of judge to whom case was assigned: _____

        6. Disposition: (Was the case dismissed, appealed, still pending?) _____

        7. Approximate date of disposition: _____

II. PLACE OF PRESENT CONFINEMENT: Tarrant County Greenbay Jail

III. EXHAUSTION OF GRIEVANCE PROCEDURES:

Have you exhausted all steps of the institutional grievance procedure?   ✓ YES   ___ NO

Attach a copy of your final step of the grievance procedure with the response supplied by the institution.

IV. PARTIES TO THIS SUIT:

A. Name and address of plaintiff: Anthony Tamunorine
238 County Rd Daingerfield TX 2224 75638

B. Full name of each defendant, his official position, his place of employment, and his full mailing address.

Defendant #1: Tarrant County 372 District Court Room

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.
Violation of the Sixth amendment - Speedy trial.

Defendant #2: Tarrant County Sheriff Department

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.
Violation of the forthteenth amendment - due process

Defendant #3: Tarrant County Jail of Greenbay

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.
Unlawful confinement, cold meals, lack of sleep.

Defendant #4: ___

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.

Defendant #5: ___

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.

3

V. STATEMENT OF CLAIM:

State here in a short and plain statement the facts of your case, that is, what happened, where did it happen, when did it happen, and who was involved. Describe how each defendant is involved. You need not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Attach extra pages if necessary, but remember the complaint must be stated briefly and concisely. IF YOU VIOLATE THIS RULE, THE COURT MAY STRIKE YOUR COMPLAINT.

It is with the excessment of the 8-months of the arrest and Captivity of my person, 2-10-2020, I'am without a conviction nor have i been to any court dates that where set. no revocation Hearings which is pending and i have been denied to set bail from what my attorney and past attorney's Told me. I have been trying to file for a bond Hearing and my Speedy trial rights have been violated, along with my due-process of law rights. this unlawful imprisonment and illegal-Servitude along with the "torture" by the Constant-lighting and noise, Cold and Sour meals and lack of Sleep.

VI. RELIEF:

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

Dismissal of all true bills, Charges and Contracts in the Relation with the 372nd District Court Compensation

VII. GENERAL BACKGROUND INFORMATION:

A. State, in complete form, all names you have ever used or been known by including any and all aliases.

Anthony Tammosene    Anthony Washington

B. List all TDCJ-CID identification numbers you have ever been assigned and all other state or federal prison or FBI numbers ever assigned to you.

H 0632351

VIII. SANCTIONS:

A. Have you been sanctioned by any court as a result of any lawsuit you have filed?  ___YES  ✓ NO

B. If your answer is "yes," give the following information for every lawsuit in which sanctions were imposed. (If more than one, use another piece of paper and answer the same questions.)

  1. Court that imposed sanctions (if federal, give the district and division): _____
  2. Case number: _____
  3. Approximate date sanctions were imposed: _____
  4. Have the sanctions been lifted or otherwise satisfied?  ___YES  ✓ NO

4

C. Has any court ever warned or notified you that sanctions could be imposed? ____YES ✓ NO

D. If your answer is "yes," give the following information for every lawsuit in which a warning was issued. (If more than one, use another piece of paper and answer the same questions.)

1. Court that issued warning (if federal, give the district and division): _____
2. Case number: _____
3. Approximate date warning was issued: _____

Executed on: 10-21-2020
DATE

_Anthony Tumunorne_
_Anthony Tumunorne_
(Signature of Plaintiff)

## PLAINTIFF'S DECLARATIONS

1. I declare under penalty of perjury all facts presented in this complaint and attachments thereto are true and correct.
2. I understand, if I am released or transferred, it is my responsibility to keep the court informed of my current mailing address and failure to do so may result in the dismissal of this lawsuit.
3. I understand I must exhaust all available administrative remedies prior to filing this lawsuit.
4. I understand I am prohibited from bringing an *in forma pauperis* lawsuit if I have brought three or more civil actions or appeals (from a judgment in a civil action) in a court of the United States while incarcerated or detained in any facility, which lawsuits were dismissed on the ground they were frivolous, malicious, or failed to state a claim upon which relief may be granted, unless I am under imminent danger of serious physical injury.
5. I understand even if I am allowed to proceed without prepayment of costs, I am responsible for the entire filing fee and costs assessed by the court, which shall be deducted in accordance with the law from my inmate trust account by my custodian until the filing fee is paid.

Signed this __21__ day of __October__, 20 __20__.
          (Day)                    (month)           (year)

_Anthony Tumunorne_
_Anthony Tumunorne_
(Signature of Plaintiff)

**WARNING:** Plaintiff is advised any false or deliberately misleading information provided in response to the above questions may result in the imposition of sanctions. The sanctions the court may impose include, but are not limited to, monetary sanctions and the dismissal of this action with prejudice.

5

"Memorandum"

Since the starting date of my jail time 2-10-2020 i have been confined for over 8 months now due to a probation violation "allegedly" for arson which changed to burglary of a habitat.

I have not been to any court dates that where set for me, nor have i had any revocation hearings either. My Sixth amendment civil rights have been violated - "Speedy trial" failure to provide a speedy trial from the time the defendant was arrested. Under the United States Constitution.

I have had ineffective counseling with my last two attorneys that I removed for the lack of communication, not responding to me or my spouse call's and not filing for the "motions" that i asked them to do! time after time i asked for the proof of work that was done and copies of any "motions" that was said to be filed under my name and nothing was presented to me. Now at this moment i am fighting for my money that my spouse and family spent on a attorney that didnt produce any work and the "Judge" told Him to return the money at a Hearing.

Also if you would please check the records and you will see that i have been filing my own "motions" for bond Hearings and speedy trial. At first i didnt know how to file any motion till i studied the procedures after i got the first motions wrong. "I have copy's" of everything that i filed under my name and i still havent had a Hearing yet. I have been working hard on my own to recieve a bond to fight from the free world and find the right Help for me.

In Re: Anthony Tammons  1983 Attachment
"Memorandum"

Along with the violation of my "Speedy trial rights", my Speedy revocation Hearing was violated also on the defendant request, The Hearing must be conducted within 20 days "48:11 the 20-day rule - motion to revoke need not be filed first", anything over 20 days is "excessive" prehearing Confinement, the defendant "must be released." The united States Constitution.

Time after Time i have been told that i have been "denied bail" To be Set by the Judge for 8 months now with no proof from any attorney that was hired or appointed to me.

I Know that i am not entitled to "bail" as a matter of right pending a Hearing on the States motion to revoke probation, but a person So Situated may be admitted to bail by the court in the exercise of it's discretion. 48:7 Bail-felony community Supervision, and for some reason nither any of my attorneys acknowledged my rights to a bond Hearing.

It Seems like I'am fighting my Judge, attorney and District attorney Just to bail out and Help my Kids and family,

Also the Victim/Plaintiff on this Case has written a Sworn Statement, "none prosecution affidavit" telling the truth to dismiss this Charge. Also this Case Holds no evidence and the police report Shows no harm done to the Victim, all allegations are false along with the false Statement that was given to the authorities. She Submitted the affidavit twice, once in August around the 1st and October around the 19th to the 20th of this year. This Should be a dismissal for a want of prosecution. I have not Signed any Continuance or waivers from the Court or had any offers.

#063351
Anthony Lamurene
100 N. Lamar
Fort Worth TX 76196

Federal Court House
501 W 10th St Ste 310
Fort Worth TX 76102

2 copies a piece Please

TARRANT COUNTY JAIL MAILROOM

Anthony Tammourc #0682381
100 N. Lamar
fort worth TX 76196

Federal Court House
501 W. 10th St. Ste 310
Fort Worth TX 76102

TARRANT COUNTY JAIL MAILROOM